# Exhibit 1

Int. Cls.: **36 and 38**

Prior U.S. Cls.: **100, 101, 102 and 104**

Reg. No. 2,334,131

United States Patent and Trademark Office   Registered Mar. 28, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## ABS-CBN

ABS-CBN INTERNATIONAL (CALIFORNIA CORPORATION)
LOPEZ BUILDING
859 COWAN ROAD
BURLINGAME, CA 94010

FOR: TELEPHONE CALLING CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
FIRST USE 10-0-1996; IN COMMERCE 10-0-1996.

FOR: TELEVISION BROADCASTING SERVICES VIA SATELLITE AND CABLE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).
FIRST USE 1-1-1967; IN COMMERCE 7-0-1988.

SER. NO. 75-281,207, FILED 4-25-1997.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



# TFC

Reg. No. 3,733,072  ABS-CBN INTERNATIONAL (CALIFORNIA CORPORATION)
Registered Jan. 5, 2010  150 SHORELINE DRIVE
REDWOOD CITY, CA 94065

Int. Cls.: 38 and 41  FOR: TELEVISION BROADCASTING SERVICES; TELEVISION BROADCASTING SERVICES VIA CABLE AND SATELLITE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

SERVICE MARK  FIRST USE 2-7-1994; IN COMMERCE 2-7-1994.
PRINCIPAL REGISTER

FOR: PRODUCTION AND PROGRAMMING OF TELEVISION SHOWS; ENTERTAINMENT IN THE NATURE OF ONGOING PROGRAMS IN THE FIELDS OF FILMS, LIFESTYLE, LIVE ACTION, ENTERTAINMENT, POP CULTURE, NEWS AND ENTERTAINMENT NEWS, ASIAN CULTURE, ROMANCE, RELATIONSHIPS, MUSIC, DANCE, BUSINESS, HOME AND PERSONAL MAKEOVERS, YOUTH ISSUES, GAME SHOWS, SPORTS, CHRISTIAN TOPICS, CONTESTS, AND VARIETY DISTRIBUTED OVER TELEVISION, SATELLITE, AND VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-7-1994; IN COMMERCE 2-7-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-011,908, FILED 10-2-2006.

FRED CARL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office