# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-940-375**

**Effective Date of Registration:**
April 28, 2015

## Title

**Title of Work:** Crazy Beautiful You

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 25, 2015
**Nation of 1st Publication:** Philippines

## Author

- **Author:** ABS-CBN Film Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** ABS-CBN Film Productions, Inc.
2/F ELJCC Building, Eugenio Lopez Drive, Quezon City, 1103, Philippines

## Certification

**Name:** Charlene L. Minx
**Date:** April 28, 2015
**Applicant's Tracking Number:** 84291.4