**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-60403-CIV- MOORE

ABS-CBN CORPORATION, *et al.,*

       Plaintiffs,

vs.

ANGPROBINSYANO1.COM, *et al.*,

       Defendants.

_____/

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to Local Rule 5.4, Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International, submit this Motion to Seal Plaintiffs' *Ex Parte* Motion [DE 6] together with the supporting Declarations and Exhibits (together, the "*Ex Parte* Motion"), and the Court's Order regarding the same, in accordance with Local Rule 5.4(b) and (d).

Good cause exists for the foregoing Order. The named Defendants are promoting, advertising, offering for distribution, offering for performance, distributing, and/or performing Plaintiffs' copyrighted works under counterfeit and infringing versions of Plaintiffs' world-famous trademarks. As specifically set forth in Paragraph 5 of the Declaration of Christine Ann Daley in Support of Plaintiffs' *Ex Parte* Motion, Plaintiffs' *Ex Parte* Motion and the Court's Order regarding the same should be filed under seal to prevent Defendants from receiving notice of Plaintiffs' investigation into the operation of their illegal businesses.

Plaintiffs request that the *Ex Parte* Motion [DE 6], its supporting Declarations and Exhibits, and the Court's Order granting the same remain under seal until the Plaintiffs have an

1

opportunity to file their *Ex Parte* Application as explained in Paragraph 5 of the Declaration of Christine Ann Daley in Support of Plaintiffs' *Ex Parte* Motion.

DATED: February 26, 2018.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　STEPHEN M. GAFFIGAN, P.A.

　　　　　　　　　　　　　　　　By:   s/ **Christine Ann Daley**
　　　　　　　　　　　　　　　　Stephen M. Gaffigan (Fla. Bar No. 025844)
　　　　　　　　　　　　　　　　Virgilio Gigante (Fla. Bar No. 082635)
　　　　　　　　　　　　　　　　Christine Ann Daley (Fla. Bar No. 98482)
　　　　　　　　　　　　　　　　T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
　　　　　　　　　　　　　　　　401 East Las Olas Blvd., #130-453
　　　　　　　　　　　　　　　　Ft. Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　Telephone: (954) 767-4819
　　　　　　　　　　　　　　　　Facsimile: (954) 767-4821
　　　　　　　　　　　　　　　　E-mail: stephen@smgpa.net
　　　　　　　　　　　　　　　　E-mail: leo@smgpa.net
　　　　　　　　　　　　　　　　E-mail: christine@smgpa.net
　　　　　　　　　　　　　　　　E-mail: raquel@smgpa.net

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs