# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 18-60403-CIV-MOORE

ABS-CBN CORPORATION, *et al.*,

      Plaintiffs,

vs.

ANGPROBINSYANO1.COM, *et al.*,

      Defendants.

_____/

## PLAINTIFFS' *EX PARTE* MOTION FOR AN ENLARGEMENT OF TIME TO PERFECT SERVICE OF PROCESS UPON DEFENDANTS AND FOR THE PARTIES TO CONFER

Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move this Court, *ex parte*, for an Order granting Plaintiffs an enlargement of time to perfect service of process upon Defendants, and the time for the parties to confer pursuant to Rule 26(f). As grounds therefore, Plaintiffs state as follows:

1. On February 23, 2018, Plaintiffs filed their Complaint for Damages and Injunctive Relief against Defendants, (ECF No. 1). (See Declaration of Stephen M. Gaffigan ("Gaffigan Decl.") ¶ 2.)

2. On February 26, 2018, Plaintiffs filed their Motion for Expedited Discovery, (ECF No. 6 *Sealed*). Plaintiffs' Motion for Expedited Discovery requested the Court authorize Plaintiffs to immediately issue subpoenas for documents (including depositions as necessary) to, *inter alia*, Cloudflare, Inc. for documents related to the operators of websites operating under the Subject Domain Names identified on Schedule "A" to the Complaint, and any service providers, financial institutions and/or payment processors identified through the subpoenas authorized

herein for the purpose of determining the name(s) and service address(es) of the Defendants. (See Gaffigan Decl. ¶ 3.)

3.     On March 15, 2018, the Court issued an Order Granting Plaintiffs' Motion for Expedited Discovery (ECF No. 11) authorizing Plaintiffs to immediately issue subpoenas to, and depose only as necessary, Cloudflare, Inc. for documents and information regarding the websites operating under the Subject Domain Names identified on Schedule "A" to the Complaint, and any service providers, financial institutions and/or payment processors identified through the subpoenas authorized (the "Expedited Discovery Order").  (See Gaffigan Decl. ¶ 4.)

4.     On March 14, 2018, the Court issued the Pretrial Order which required, among other things, the parties to confer within sixty (60) days from the filing of the Complaint, or April 24, 2018, and if all Defendants have not been served by the expiration of the deadline, requiring Plaintiffs to move to extend the confer deadline for a period not to exceed ninety (90) days from the filing of the Complaint, or May 24, 2018.   On April 25, 2018, the Court entered Order (ECF No. 13) extending the parties' confer deadline to May 24, 2018. (See Gaffigan Decl. ¶ 5.)

5.     On March 19, 2018 Plaintiffs issued a Subpoena to Cloudflare, Inc., and Plaintiffs have received Cloudflare, Inc.'s response to that Subpoena, and Plaintiffs are currently auditing the documents produced. (See Gaffigan Decl. ¶6.  Accordingly, Plaintiffs are preparing, and will be filing within the next seven (7) days, an *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (the "Motion for Alternate Service") requesting permission to serve the currently named Defendants with their respective Summons and the Complaint via electronic means and publication via an online serving site.   Upon granting of the Motion for Alternate Service, Plaintiffs will prepare and submit Summonses to the Clerk of Court for issuance in order to perfect service upon the

Defendants pursuant to Rule 4 together with notice of the requirements to confer and a request for Defendants to contact Plaintiffs' counsel so the parties may confer as required by this Court. Although Plaintiffs' are seeking authorization to serve the currently name Defendants pursuant to Rule 4, their diligent attempts to determine the true name(s) of the Defendants continues; however, Plaintiffs have yet to complete the audit of the response by Cloudflare, Inc. in order to determine Defendants' true names and whereabouts. Plaintiffs will amend their Complaint identifying any additional Defendants discovered through the discovery authorized by this Court. (See Gaffigan Decl. ¶6).

6. Accordingly, for good cause shown, Plaintiffs respectfully request an enlargement of time, for an additional thirty (30) days from the date of the Court's Order granting this Motion, to perfect service upon the Defendants and for the parties to confer in order to allow sufficient time for the Court to rule on this Motion, and for Plaintiffs to finalize service of the Summons and Complaint upon the Defendants and provide notice to the Defendants of the requirement for the parties to confer.

7. This is the first request for an enlargement of time to perfect service upon the Defendants and second request for an enlargement of time for the parties to confer, and Plaintiffs submit no party will be prejudiced by the granting of same. (See Gaffigan Decl. ¶ 7.)

WHEREFORE, Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and Plaintiff ABS-CBN International respectfully request the Court accept Plaintiffs' response and grant the present motion to extend the deadlines to perfect service upon

Defendants and for the parties to confer for a period of thirty (30) days from the date of this

Court's Order

DATED: May 23, 2018.                    Respectfully submitted,

                                        STEPHEN M. GAFFIGAN, P.A.

                                        By: _____*s:/Stephen M. Gaffigan*_____
                                        Stephen M. Gaffigan (Fla. Bar No. 025844)
                                        Virgilio Gigante (Fla. Bar No. 082635)
                                        401 East Las Olas Blvd., #130-453
                                        Ft. Lauderdale, Florida 33301
                                        Telephone: (954) 767-4819
                                        Facsimile: (954) 767-4821
                                        E-mail: stephen@smgpa.net
                                        E-mail: leo@smgpa.net

                                        Attorneys for Plaintiffs ABS-CBN Corporation,
                                        ABS-CBN Film Productions, Inc. d/b/a Star
                                        Cinema, and ABS-CBN International