UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ABS-CBN CORPORATION
ABS-CBN FILM PRODUCTIONS d/b/a
STAR CINEMA, and
ABS-CBN INTERNATIONAL

*Plaintiff(s)*,

v.

ANGPROBINSYANO1.COM, *et al.*,

*Defendant(s)*.

Civil Action No. 0:18-cv-60403-KMM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  pinoyteleseryetambayan.com, an Individual, Partnership or Unincorporated Association
4380 Gannet Cir, Unit 28
Las Vegas, Nevada, 89103
Tel: 702-788-7079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 25, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ABS-CBN CORPORATION )
ABS-CBN FILM PRODUCTIONS d/b/a )
STAR CINEMA, and )
ABS-CBN INTERNATIONAL )
)
_____ )   Civil Action No. 0:18-cv-60403-KMM
*Plaintiff(s)*, )
)
v. )
)
)
ANGPROBINSYANO1.COM, *et al.*, )
_____ )
*Defendant(s)*.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   pinoytambayantvs.com, an Individual,
Partnership or Unincorporated Association
College Road
Muhalla Shah Allam Taunsa Sharif PB 32100 PK
Tel: +92.3034135060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 25, 2018
Date: _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts