## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-60403-KMM

ABS-CBN CORPORATION, *et al.*,

        Plaintiffs,

vs.

ANGPROBINSYANO1.COM, *et al.*,

        Defendants.

_____/

## ORDER GRANTING *EX PARTE* APPLICATION
## FOR TEMPORARY RESTRAINING ORDER

THIS CAUSE came before the Court upon Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order ("TRO") and Order Restraining Transfer of Assets (ECF No. 15). Plaintiffs also request a preliminary injunction against Defendants upon expiration of the TRO. (*Id.*).  For the following reasons, Plaintiffs' Motion is GRANTED.

## I.  BACKGROUND[1]

Plaintiff ABS-CBN International is the registered owner of numerous trademarks used in connection with the creation and distribution services of high quality entertainment content. Among these trademarks are trademarks associated with United States Patent and Trademark Office ("USPTO") No. 2,334,131, registered on March 28, 2000; and USPTO No. 3,733,072, registered on January 5, 2010. ABS-CBN International is also the owner of the common law trademark identified in Paragraph 6 of the Decl. of Elisha J. Lawrence. The ABS-CBN Registered Marks and the ABS-CBN Common Law Mark are collectively referred to herein as

---

[1] The facts herein are taken from Plaintiffs' Complaint (ECF No. 1) and Plaintiffs' *Ex Parte* Application (ECF No. 15).

the "ABS-CBN Marks." ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International all share exclusive rights in and to the ABS-CBN Marks. *Id.* Moreover, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International are all licensed to use and enforce the ABS-CBN Marks. *Id.* ABS-CBN Film Productions, Inc. is the owner of the registered copyright in and to the movie identified in Exhibits 2 and 3 to the Complaint. *See* Decl. of Elisha J. Lawrence ¶ 4. Furthermore, ABS-CBN Corporation is the owner of the unregistered copyrights in and to the TV shows and movie identified in Exhibit 3 and paragraph 26 of the Complaint. *Id.* Together, these works are referred to herein collectively as the "Copyrighted Works." ABS-CBN Corporation, ABS-CBN International, and ABS-CBN Film Productions, Inc. all share exclusive rights in and to the ABS-CBN Copyrighted Works. Moreover, ABS-CBN Corporation, ABS-CBN International, and ABS-CBN Film Productions, Inc. are licensed to distribute, perform and enforce their rights to the Copyrighted Works. *Id.* Defendants are unknown individuals, partnerships or business association names who are believed to use, or assist others in using, the Internet websites operating under the domain names identified on Schedule A hereto (the "Subject Domain Names").[2]

Plaintiffs recently learned of Defendants' potential unauthorized advertisement, promotion, distribution and performance of Plaintiffs' Copyrighted Works for instant streaming

---

[2] After filing the Complaint, but before filing the Application for Temporary Restraining Order, Plaintiffs discovered that a number of the Defendants' Subject Domain Names, as identified on Schedule A to the Decl. of Christine Ann Daley, have begun automatically redirecting visitors to the new domain names also identified on Schedule A hereto ("Newly Discovered Domain Names"). *See* Decl. of Christine Ann Daley ¶ 2 n.1. A document illustrating these automatic redirects, along with true and correct copies of webpages downloaded by Stephen M. Gaffigan, P.A., illustrating Defendants' infringement of the ABS-CBN trademarks and copyrighted content on the websites operating under the Newly Discovered Domain Names is attached the Decl. of Christine Ann Daley as Composite Exhibit 1.

under the ABS-CBN trademarks. Plaintiffs allege that Defendants conduct these infringing activities through the Internet websites operating under the Subject Domain Names.[3]

As part of Plaintiffs' ongoing investigation regarding the infringement of its intellectual property, Stephen M. Gaffigan, P.A., on behalf of Plaintiffs, performed an investigation into the advertising accounts used by Defendants. *See* Decl. of Daley ¶ 5. By inspecting the Hyper Text Markup Language ("html") Source Code for the Internet websites operating under the Subject Domain Names,[4] Stephen M. Gaffigan, P.A. was able to specifically locate and identify many of the advertising revenue accounts of the Defendants, which are identified on Schedule B. *See* Daley Decl. ¶ 5 and Exhibit 3 thereto. Additionally, through a detailed inspection of the data provided by CloudFlare, Inc., in connection with ABS-CBN's subpoena issued upon it, as permitted by the Order Granting Plaintiffs' *Ex Parte* Motion to Take Expedited Discovery (ECF No. 11), Plaintiffs discovered certain PayPal, Inc. accounts associated with the payment information for CloudFlare's services for certain Defendants; specifically, "atturrehman2200@gmail.com" for Defendant Numbers 28 and 29, pinoytv.ae and thepinoy1tv.net, respectively, and "minhphung.ads@gmail.com" for Defendant Number 8, pinoyako.su. *See* Daley Decl. ¶ 7.[5]

---

[3] The complete list of websites includes fifty-six Subject Domain Names. For a complete list, *see* Schedule A of this Order.

[4] The Subject Domain Names angprobinsyano1.com jhurlo.net, kshowengsub.com, pariwiki.me, pinoytambayan.co.uk, pinoytambayanlive.com, and pinoytvreplayph.com use the supporting domain names comhome.xyz, shahmeer1.ga, pinoyhome1.tk, irfansb.ml, leli.online, asifshabbir.ga, and fullreplayepisodes.net, respectively, to frame advertisements on the Subject Domain Names, which is believed to be done to avoid violating the terms and services agreement of their advertising companies for infringing Plaintiffs' and others' trademarks and copyrights. Such framing is illustrated and the relevant portions of the html source code of each aforementioned domain is also highlighted in Exhibit 3 to the Decl. of Christine Ann Daley. (*See* Decl. of Christine Ann Daley ¶ 5 n. 4.)

[5] Additionally, included on Schedule "B" are Defendants' associated e-mail addresses, as identified in the WHOIS records, as well as any associated PayPal accounts or e-mail addresses provided by CloudFlare.

Plaintiffs' representative Elisha J. Lawrence reviewed the websites operating under the Subject Domain Names and/or detailed captures of the web pages thereof, and determined that the distribution services offered by Defendants were not genuine or authorized distribution services of Plaintiffs' Copyrighted Works.  *See* Decl. of Elisha J. Lawrence at ¶¶ 12-15. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the of the ABS-CBN Marks and/or perform or distribute the Copyrighted Works.  *See* Decl. of Elisha J. Lawrence at ¶¶ 12-15.

## II.    LEGAL STANDARD

To prevail on a motion for an *ex parte* TRO, Plaintiffs must show that

> (A) specific facts in an affidavit or verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b).  "An *ex parte* restraining order is an extreme remedy to be used only with the utmost caution."  *Levine v. Comcoa, Ltd.*, 70 F.3d 1191, 1194 (11th Cir. 1995).

Once the moving party meets the threshold requirements of Rule 65(b) to secure an *ex parte* TRO, Plaintiffs must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest.  *Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr, S.A.*, 320 F.3d 1205, 1210 (11th Cir. 2003).

Under 15 U.S.C. § 1117(a) and 17 U.S.C. § 504(a)(b), a plaintiff may recover the illegal profits that a defendant gained through the distribution of pirated versions of its copyrighted works under counterfeits and infringements of the plaintiff's trademarks.  A plaintiff's request

4

for such equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading, Inc.*, 51 F.3d 982, 987 (11th Cir 1995).

## III.   ANALYSIS

Plaintiffs' declarations support the following legal conclusions:

1. Plaintiffs have a substantial likelihood of success on the merits. Plaintiffs' application suggests that consumers are likely to be confused by Defendants' advertisement, promotion, distribution and public performance of the Copyrighted Works using counterfeits, reproductions, and/or colorable imitations of the ABS-CBN Marks, and that the services Defendants are offering and promoting are unauthorized distribution services using the ABS-CBN Marks.

2. Plaintiffs will suffer irreparable injury absent the TRO.

   a. It appears that, through the operation of fifty-six Internet websites, Defendants are operating Internet based content distribution services which advertise, promote, offer for distribution, and publicly perform Plaintiffs' Copyrighted Works using counterfeit and infringing trademarks in violation of Plaintiffs' rights;

   b. There is good cause to believe that more distribution services of copyrighted content under counterfeit and infringing versions of Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, or disappointed by the quality of these services; Plaintiffs may suffer loss of sales for their genuine services and an unnatural erosion of the legitimate marketplace in which they operate; and

    c.  Because Defendants can easily and quickly transfer registrations for many of the domain names at issue in this action, or modify registration data and content, change payment accounts, change hosts, redirect consumer traffic to other websites, and transfer assets, there is good cause to believe that if Defendants were to receive notice of Plaintiffs' *Ex Parte* Application, Defendants could thwart any meaningful relief.

3.  The harm to Plaintiffs—including damage to their reputations—outweighs the potential harm of restricting Defendants' trade.

4.  The public interest favors issuance of the TRO to protect Plaintiffs' trademark and copyright interests and the public from counterfeit services.

5.  Under 15 U.S.C. § 1117(a) and 17 U.S.C. § 504(a)(b), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants distribution of pirated versions of Plaintiffs' Copyrighted Works under counterfeits and infringements of the ABS-CBN Marks.

6.  In light of the inherently deceptive nature of the online piracy business, and Defendants' apparent violation of the federal trademark and copyright laws, there is good reason to believe Defendants will hide or transfer assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.  CONCLUSION

UPON CONSIDERATION of the Complaint, the *Ex Parte* Application, and evidentiary submissions, the Court concludes that Plaintiffs have satisfied the four-part test for injunctive relief.   Accordingly, it is hereby ORDERED AND ADJUDGED that Plaintiffs' *Ex Parte* Application is GRANTED.  It is further ORDERED AND ADJUDGED as follows:

1. Each Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order are hereby temporarily restrained from:

   a. advertising, promoting, copying, broadcasting, publicly performing, and/or distributing any of the Plaintiffs' content or copyrighted works; and

   b. advertising, promoting, offering, distributing, using, and/or causing to be advertised, promoted, offered and/or distributed, any services using the ABS-CBN Marks, or any confusingly similar trademarks, other than those actually offered or distributed by Plaintiffs; and

   c. secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any evidence relating to the promotion, advertisement, and/or distribution of services or copyrighted content under the ABS-CBN Marks, or any confusingly similar trademarks or public performances or distributions of Plaintiffs' Copyrighted Works.

2. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the ABS-CBN Marks or any confusingly similar trademarks, on or in connection with all Internet websites, social media profiles, domain names, or businesses owned and operated, or controlled by them, including but not limited to the Internet websites operating under the Subject Domain Names;

3. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of

this Order shall immediately discontinue the use of the ABS-CBN Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to websites registered, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

4.  Defendants shall not transfer ownership of the Internet websites under their Subject Domain Names during the pendency of this Action, or until further Order of the Court;

5.  Each Defendant shall preserve copies of all computer files relating to the use of any of the Internet websites under their Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Internet websites under their Subject Domain Names that may have been deleted before the entry of this Order;

6.  The domain name Registrars for the Subject Domain Names are directed to transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

7.  Upon Plaintiffs' request, the privacy protection service for any Subject Domain Name for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiffs the true identities and contact information of those Registrants;

8. The domain name Registrars for the Subject Domain Names shall immediately assist in changing the Registrar of record for the Subject Domain Names to a holding account with a registrar of Plaintiffs' choosing (the "New Registrar"), excepting any such domain names which such Registrars have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. To the extent the Registrars do not assist in changing the Registrars of record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) Registries, for the Subject Domain Names, or their administrators, including backend registry operators or administrators, within five (5) business days of receipt of this Order, shall change, or assist in changing, the Registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such Registries have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. Upon the change of the Registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/BG4NJS0/index.html whereon copies of the Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name

System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants;

9. Upon receipt of notice of this Order, the advertising services, networks and/or platforms identified on Schedule B hereto (the "Advertising Services"), and all financial institutions, payment processors, banks, escrow services, and/or money transmitters, including but not limited to PayPal, Inc. ("PayPal"),[6] and their related companies and affiliates, shall immediately identify and restrain all funds, as opposed to ongoing account activity, in the advertising or PayPal accounts related to Defendants, and their associated payment accounts and e-mail addresses, as identified on Schedule B hereto, as well as all funds in or which are transmitted into (i) any other accounts of the same customer(s); (ii) any other accounts which transfer funds into the same financial institution/advertising account(s), and/or any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Subject Domain Names identified on Schedule B hereto;

10. The Advertising Services as identified on Schedule B hereto, and all financial institutions, payment processors, banks, escrow services, money transmitters, or

---

[6] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Decl. of Christine Ann Daley ¶ 8 and Exhibit 4 thereto.

marketplace platforms, including but not limited to PayPal, shall also immediately divert to a holding account for the trust of the Court all funds in all associated payment, PayPal, or advertising accounts related to Defendants and the associated e-mail addresses and Subject Domain Names identified on Schedule B hereto, and any other accounts of the same customer(s) as well as any other accounts which transfer funds into the same advertising/financial institution account(s) as any of the other advertising accounts or PayPal accounts subject to this Order;

11. All advertising services, financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal and the Advertising Services identified on Schedule B hereto, shall further, within five (5) business days of receiving this Order, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds restrained and identifies the financial/advertising account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial/advertising account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by the advertising services/financial institutions for any purpose (other than pursuant to a chargeback made pursuant to the advertising services' or financial institutions' security interest in the funds) without the express authorization of this Court;

12. This TRO shall apply to the Subject Domain Names, associated websites, and any other domain names, websites, and/or advertising, PayPal, or payment accounts which are being used by Defendants for the purpose of infringing the ABS-CBN Marks or Copyrighted Works at issue in this action and/or unfairly competing with Plaintiffs;

13. Any Defendant, advertising account holder, or financial institution account holder subject to this TRO may petition the Court to modify the asset restraint set out herein;

14. As a matter of law, the TRO shall no longer apply to any Defendant or associated Subject Domain Name dismissed from this action or as to which Plaintiffs have withdrawn their request for a TRO;

15. Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Fed. R. Civ. P. 65(c), Plaintiffs shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

16. After Plaintiffs' counsel has received confirmation from the financial institutions and Advertising Services regarding the funds restrained as directed herein, Plaintiffs shall serve copies of the Complaint, Application for Temporary Restraining Order, and this Order, on each Defendant by e-mail via their corresponding e-mail address, or on each Defendant via their corresponding e-mail/online contact form provided on the Internet websites operating under the Subject Domain Names, or by providing a copy of this Order by e-mail to the registrar of record for each of their respective domain names, so

that the registrar of record, in turn, notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.  In addition, Plaintiffs shall post copies of the Complaint, Application for TRO, and this Order, as well as all other documents filed in this action on the website located at http://servingnotice.com/BG4NJS0/index.html, within forty-eight (48) hours of control of the Subject Domain Names being changed to the Court via the New Registrar's holding account, and shall provide the website address and a link to the website to Defendants via e-mail, and such notice so given shall be deemed good and sufficient service thereof. Plaintiffs shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website located at http://servingnotice.com/BG4NJS0/index.html or by other means reasonably calculated to give notice which is permitted by the Court.

17. Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the advertising services or financial institutions, including but not limited to the Advertising Services identified on Schedule B and PayPal, Inc., shall, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail address known to be associated with Defendants' respective Seller IDs.

18. The TRO shall remain in effect until the Court rules on the Motion for Preliminary Injunction; however, the TRO shall not remain in effect for more than fourteen (14) days from the date of this Order unless good cause for an extension is shown;

19. Any response or opposition to Plaintiffs' Motion for Preliminary Injunction must be filed and served on Plaintiffs' counsel by forty-eight (48) hours prior to the hearing

13

and filed with the Court, along with Proof of Service. The above dates may be revised upon stipulation by all parties and approval of the Court. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), Fed. R. Civ. P. 65, The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.

DONE AND ORDERED in Chambers at Miami, Florida, this _3rd_ day of July, 2018.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc:    All counsel of record

14

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Subject Domain Name |
|---|---|
| 1 | angprobinsyano1.com |
| 1 | pinoytambayanlive.com |
| 1 | jhurlo.net |
| 2 | filpinochannel.com |
| 3 | kshowengsub.com |
| 4 | lambingantv.net |
| 5 | magtvnatambayan.com |
| 6 | pariwiki.me |
| 7 | pinoy.live |
| 8 | pinoyako.su |
| 9 | pinoybay.se |
| 10 | pinoy-channel.net |
| 11 | pinoy-channel.org |
| 12 | pinoychannelakos.com |
| 12 | pinoychanneltv.su |
| 13 | pinoychannelhd.org |
| 14 | pinoychannelreplay.com |
| 15 | pinoymoviepedia.su |
| 15 | pinoymoviepedia.co |
| 16 | pinoytambayan.co.uk |
| 17 | pinoytambayanhd.su |
| 18 | pinoyteleseryetambayan.com |
| 19 | pinoytva.su |
| 19 | pinoyofw.su |
| 19 | pinoybay.su |
| 20 | pinoytvhdreplay.me |
| 20 | pinoytvshowsonline.com |
| 21 | pinoytvreplayph.com |
| 22 | pinoytvs.com |
| 23 | pinoytvshows.me |
| 24 | pinoytvshows.mobi |
| 25 | tagalogshows.com |
| 26 | teleseryeph.com |
| 27 | yonipzone.online |
| 28 | pinoytambayanreplay.me |
| 28 | pinoytv.ae |
| 28 | pinoytv4u.com |
| 28 | thepinoychannel.me |

| Def. No. | Subject Domain Name |
|---|---|
| 28 | pinoytambayanhd.me |
| 28 | pinoytambayanteleserye.net |
| 29 | pinoytvofw.com |
| 29 | thepinoy1tv.net |
| 29 | thepinoyflix.com |
| 29 | pinoychannelgma.com |
| 29 | pinoytvvideo.com |
| 29 | ika6nautos.com |
| 29 | pinoytambayanlambingan.com |
| 29 | pinoytvofw.net |
| 29 | pinoy1tvs.com |
| 29 | thepinoyflix.net |
| 30 | bilisdrama.com |
| 31 | lambingan.ae |
| 31 | pinoylambingan.su |
| 32 | pinoychannels.su |
| 32 | pinoychannelhd.su |
| 33 | pinoytambayantvs.com |

**SCHEDULE B**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT**
**INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES/PAYPAL ACCOUNTS**

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 1 | angprobinsyano1.com (frames comhome.xyz) | Google DoubleClick Google Inc. | div-gpt-ad-1519886618392-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 1 | jhurlo.net (frames shahmeer1.ga) | Google DoubleClick Google Inc. | div-gpt-ad-1524291924009-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 1 | pinoytambayanlive.com (frames asifshabbir.ga) | Google DoubleClick Google Inc. | div-gpt-ad-1524228537023-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 2 | filpinochannel.com | N/A | N/A | tajumalhussain@gmail.com playserialsonline@gmail.com |
| 3 | kshowengsub.com (frames pinoyhome1.tk) | Google AdSense, Google Inc. | div-gpt-ad-1522002949960-0 | dolceamorehd@gmail.com rizwan_manzoor007@yahoo.com |
| 4 | lambingantv.net | Google AdSense, Google Inc. | ca-pub-5682522598930729 | qaisranipb@gmail.com |
| 5 | magtvnatambayan.com | Google AdSense, Google Inc. | ca-pub-7047769716667526 | jepoyccr@gmail.com |
| 6 | pariwiki.me (frames irfansb.ml) | Google DoubleClick Google Inc. | div-gpt-ad-1512487411474-0 | media3k.com@gmail.com |
| 7 | pinoy.live | N/A | N/A | rizwan_manzoor007@yahoo.com rizwan6464876@gmail.com |
| 8 | pinoyako.su | Taboola Taboola, Inc. | canhan | pinoyako.su@gmail.com minhphung.ads@gmail.com tambayandottv@gmail.com |
| 8 | pinoyako.su | Google AdSense, Google Inc. | ca-pub-3051364682657902 | pinoyako.su@gmail.com minhphung.ads@gmail.com tambayandottv@gmail.com |
| 9 | pinoybay.se | N/A | N/A | admin@pinoybay.se |
| 10 | pinoy-channel.net | N/A | N/A | usaking73@gmail.com dramasmax@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 11 | pinoy-channel.org | N/A | N/A | pulssor@gmail.com<br>tajumalhussain@gmail.com |
| 12 | pinoychannelakos.com | Google AdSense, Google Inc. | ca-pub-2298926256267506 | kathleengil224@gmail.com<br>sakhani007@gmail.com |
| 12 | pinoychannelakos.com | Taboola Taboola, Inc. | pinoychannelsa | kathleengil224@gmail.com<br>sakhani007@gmail.com |
| 12 | pinoychanneltv.su | Taboola Taboola, Inc. | pinoychannelsa | koreamitti@gmail.com |
| 13 | pinoychannelhd.org | Google AdSense, Google Inc. | ca-pub-5596466939348794 | pinoychannelhd01@gmail.com<br>i2@pinoychannelhd.org<br>info@pinoychannelhd.org<br>itwebs92@gmail.com |
| 14 | pinoychannelreplay.com | N/A | N/A | fredrickaimee8@gmail.com |
| 15 | pinoymoviepedia.co | popads.net, Tomksoft S.A. | pinoymoviepedia.co | N/A |
| 15 | pinoymoviepedia.co | AdsKeeper Hardware Solution Limited | pinoymoviepedia.co.230790 | N/A |
| 15 | pinoymoviepedia.su | N/A | N/A | pinoytvpedia@gmail.com<br>geory.alderete03@gmail.com |
| 16 | pinoytambayan.co.uk (frames leli.online) | Google AdSense, Google Inc. | ca-pub-8448890421318552 | sunnymughal4@gmail.com |
| 17 | pinoytambayanhd.su | AdsKeeper Hardware Solution Limited | pinoytambayanhd.su.196261 | pinoymitti@gmail.com |
| 17 | pinoytambayanhd.su | Google AdSense, Google Inc. | ca-pub-5577941333452405 | pinoymitti@gmail.com |
| 18 | pinoyteleseryetambayan.com | Google AdSense, Google Inc. | ca-pub-8363670849262616 | cimstravel@yahoo.com |
| 19 | pinoybay.su | N/A | N/A | vhungcc.kd@gmail.com |

18

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 19 | pinoyofw.su | Google AdSense, Google Inc. | ca-pub-2519472165496145 | vhungcc.kd@gmail.com |
| 19 | pinoytva.su | mgid.com, MGID Inc. MGID UA | pinoytva.su.208082 | aldrinegathercole.ag@gmail.com jenny_ysl@yahoo.com mjcalip161993@yahoo.com nipsjbc17@gmail.com pamancherry@gmail.com pasiafanene1@hotmail.com regina_biglete@yahoo.com umie0620@i.softbank.jp vhungcc.kd@gmail.com vhungcc1@gmail.com vuonghuy2910@gmail.com zeejhayzantiago@yahoo.con |
| 20 | pinoytvhdreplay.me | N/A | N/A | zaibi@outlook.com |
| 21 | pinoytvreplayph.com (frames fullreplayepisodes.net) | Google DoubleClick Google Inc. | div-gpt-ad-1523694451701-0 | herpalherpal@gmail.com dramasmax@gmail.com pinoytvreplayph.comtns@gmail.com pinoytvreplayph.nettns@gmail.com |
| 22 | pinoytvs.com | N/A | N/A | rehmatkhan786123@gmail.com waseykhan86@gmail.com |
| 23 | pinoytvshows.me | mgid.com, MGID Inc. MGID UA | pinoytvshows.me.130763 | ramzannawaz13@gmail.com contact.pinoytvshows@gmail.com zemtoday4@gmail.com |
| 23 | pinoytvshows.me | Google AdSense, Google Inc. | ca-pub-8030535002616458 | ramzannawaz13@gmail.com contact.pinoytvshows@gmail.com zemtoday4@gmail.com |
| 24 | pinoytvshows.mobi | Taboola Taboola, Inc. | pinoychannelsa | multantotaunsa@gmail.com kathleengil224@gmail.com |
| 25 | tagalogshows.com | Google AdSense, Google Inc. | ca-pub-9431595196029395 | contact.desitashan@gmail.com seanpenn2212@yahoo.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 26 | teleseryeph.com | N/A | N/A | jepoyccr@gmail.com |
| 27 | yonipzone.online | Google AdSense, Google Inc. | ca-pub-4797266658649202 | rhayedelante@gmail.com |
| 27 | yonipzone.online | mgid.com, MGID Inc. MGID UA | yonipzone.co.55555 | rhayedelante@gmail.com |
| 27 | yonipzone.online | AdsKeeper Hardware Solution Limited | yonipzone.rocks.189572 | rhayedelante@gmail.com |
| 28 | pinoytambayanhd.me | N/A | N/A | apnapakforum@gmail.com josephmcewan2014@gmail.com pinoytambayanhd@outlook.com |
| 28 | pinoytambayanreplay.me | N/A | N/A | apnapakforum@gmail.com cloudflare@pinoytambayanreplay.me |
| 28 | pinoytv.ae | N/A | N/A | apnapakforum@gmail.com paktvsite@gmail.com atturrehman2200@gmail.com koreamitti@gmail.com |
| 28 | pinoytv4u.com | N/A | N/A | apnapakforum@gmail.com cloudflare@pinoytv4u.com |
| 28 | thepinoychannel.me | N/A | N/A | apnapakforum@gmail.com usmanbalochch@gmail.com |
| 29 | ika6nautos.com | N/A | N/A | dbjeet@gmail.com cloudflare@ika6nautos.com |
| 29 | pinoychannelgma.com | Google AdSense, Google Inc. | ca-pub-1170649695620194 | dbjeet@gmail.com cloudflare@pinoychannelgma.com |
| 29 | pinoytambayanlambingan.com | Google AdSense, Google Inc. | ca-pub-2154317906897324 | dbjeet@gmail.com ameenkhantaunsvi@gmail.com |
| 29 | pinoytambayanlambingan.com | Taboola Taboola, Inc. | pinoytvnetwork | dbjeet@gmail.com ameenkhantaunsvi@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 29 | pinoytvofw.com | Google AdSense, Google Inc. | ca-pub-1170649695620194 | dbjeet@gmail.com pinoytveu@outlook.com |
| 29 | pinoytvofw.net | Google AdSense, Google Inc. | ca-pub-1170649695620194 | dbjeet@gmail.com |
| 29 | pinoytvvideo.com | Google AdSense, Google Inc. | ca-pub-3724261705287318 | dbjeet@gmail.com cloudflare@pinoytvvideo.com |
| 29 | thepinoy1tv.net | N/A | N/A | dbjeet@gmail.com paktvsite@gmail.com atturrehman2200@gmail.com |
| 29 | thepinoyflix.com | N/A | N/A | dbjeet@gmail.com cloudflare@thepinoyflix.com |
| 29 | pinoy1tvs.com | N/A | N/A | N/A |
| 30 | bilisdrama.com | Google AdSense, Google Inc. | ca-pub-8516791451477759 | bilisdrama@mailinator.com vzani2014@gmail.com |
| 31 | lambingan.ae | N/A | N/A | javirock906@gmail.com mirfanpakhan1122@gmail.com |
| 31 | pinoylambingan.su | Google AdSense, Google Inc. | ca-pub-9390143748178411 | javirock906@gmail.com brixtvofficial@gmail.com |
| 31 | pinoylambingan.su | Taboola Taboola, Inc. | rock-pinoylambingan | javirock906@gmail.com brixtvofficial@gmail.com |
| 31 | pinoylambingan.su | mgid.com, MGID Inc. MGID UA | pinoylambingan.su.199606 | javirock906@gmail.com brixtvofficial@gmail.com |
| 32 | pinoychannelhd.su | N/A | N/A | koreamitti@gmail.com kathleengil224@gmail.com |
| 32 | pinoychannels.su | Taboola Taboola, Inc. | pinoychannelsa | koreamitti@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 32 | pinoychannels.su | Google AdSense, Google Inc. | ca-pub-5577941333452405 | koreamitti@gmail.com |
| 33 | pinoytambayantvs.com | N/A | N/A | jamilchohan03@gmail.com |