UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60403-CIV-MOORE/SNOW

ABS-CBN CORPORATION, *et al.*,

                 Plaintiffs,

vs.

ANGPROBINSYANO1.COM, *et al.*,

                 Defendants.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiffs, ABS-CBN Corporation's, ABS-CBN Film Productions, Inc.'s, and ABS-CBN International's Motion for Preliminary Injunction (ECF No. 15), which was referred to United States Magistrate Judge Lurana S. Snow (ECF No. 21) for a Report and Recommendation. The undersigned has carefully considered the Motion, the record in the case, and the applicable law, and is otherwise fully advised. By the instant Motion, Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International, move for an entry of preliminary injunction against Defendants,[1] for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

The undersigned held a hearing on July 12, 2018, which was attended by counsel for Plaintiff only. During the hearing, Plaintiff directed the undersigned to evidence supporting the Motion for Preliminary Injunction. Defendants have not formally responded to the Application for Preliminary Injunction, nor have they made any appearance or filing in this case, either

---

[1] Defendants are the individuals, partnerships, and unincorporated associations identified on Schedule "A" hereto.

individually or through counsel. Because Plaintiff has satisfied the requirements for the issuance

of a preliminary injunction, the Court should grant the Motion for Preliminary Injunction.

I.      **BACKGROUND**[2]

Plaintiff ABS-CBN International, is the owner of the following trademarks which are valid

and registered on the Principal Register of the United States Patent and Trademark Office (the

"ABS-CBN Registered Marks"):

| Trademark | Registration Number | Registration Date | Class/Services |
|---|---|---|---|
| ABS-CBN | 2,334,131 | March 28, 2000 | IC 036 – telephone calling card services<br><br>IC 038 – Television broadcasting services via satellite and cable |
| TFC | 3,733,072 | Jan. 5, 2010 | IC 038 – Television broadcasting services via satellite and cable<br><br>IC 041 – Production and programming of television shows, entertainment and a variety of programming distributed over television, satellite and via a global computer network |

*See* Declaration of Elisha J. Lawrence in Support of Application for Preliminary Injunction

("Lawrence Decl.") ¶¶ 4-5. The ABS-CBN Registered Marks are used in connection with the

creation and distribution of entertainment content in the categories identified above. *Id.*

Plaintiff ABS-CBN International is further the owner of all rights in and to the following

common law trademark (the "ABS-CBN Common Law Mark"):

---

[2] The facts herein are taken from Plaintiffs' Complaint (ECF No. 1) and Plaintiffs' Motion for Preliminary Injunction (ECF No. 15).

| Trademark |
|:---:|
|  |

*See* Lawrence Decl. ¶ 6. The ABS-CBN Common Law Mark is used in connection with the creation and distribution of entertainment content. *Id.* Together, the ABS-CBN Registered Marks and the ABS-CBN Common Law Mark are referred to as the "ABS-CBN Marks." Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International share exclusive rights in and to the ABS-CBN Marks. Moreover, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International are all licensed to use and enforce the ABS-CBN Marks. *Id.*

Plaintiff ABS-CBN Film Productions, Inc. is the owner of the registered copyright in and to the movie specifically identified in Exhibit 2 to the Complaint [ECF No. 1-3]. Moreover, Plaintiff ABS-CBN Corporation is the owner of many unregistered copyrights, including but not limited to those specifically identified in paragraph 26 of the Complaint and in Exhibit 3 thereto [ECF No. 1-4]. *See* Lawrence Decl. ¶ 4. Collectively, these registered and unregistered copyrighted works are referred to herein as the "Copyrighted Works." ABS-CBN Corporation, ABS-CBN Film Productions, and ABS-CBN International all share exclusive rights in and to the Copyrighted Works. *Id.*

Defendants, by operating their entertainment content distribution network via the Internet websites operating under the domain names identified on Schedule "A" hereto (the "Subject Domain Names") have advertised, promoted, distributed and performed Plaintiffs' Copyrighted Works under infringements of the ABS-CBN Marks. *See* Lawrence Decl. ¶¶ 12-15.

Plaintiffs recently learned of Defendants' potential unauthorized advertisement, promotion, distribution and performance of Plaintiffs' Copyrighted Works for instant streaming under infringements of the ABS-CBN trademarks. Plaintiffs allege that Defendants conduct these infringing activities through the Internet websites operating under the Subject Domain Names. As part of Plaintiffs' ongoing investigation regarding the infringement of its intellectual property, Stephen M. Gaffigan, P.A., on behalf of Plaintiffs, performed an investigation into the advertising accounts used by Defendants. *See* Declaration of Christine Ann Daley in Support of Application for Preliminary Injunction ("Daley Decl.") ¶ 5.

Stephen M. Gaffigan, P.A. inspected the Hyper Text Markup Language ("html") Source Code for the Internet websites operating under the Subject Domain Names[3] and was able to specifically locate and identify many of the advertising revenue accounts of the Defendants, which are identified on Schedule B. *See* Daley Decl. ¶ 5 and Exhibit 3 thereto. Additionally, through a detailed inspection of the data provided by CloudFlare, Inc., in connection with ABS-CBN's subpoena issued upon it, as permitted by the Order Granting Plaintiffs' *Ex Parte* Motion to Take Expedited Discovery (ECF No. 11), Plaintiffs discovered certain PayPal, Inc. ("PayPal") accounts associated with the payment information for CloudFlare's services for certain Defendants; specifically, "atturrehman2200@gmail.com" for Defendant Numbers 28 and 29, pinoytv.ae and

---

[3] The Subject Domain Names  angprobinsyano1.com jhurlo.net, kshowengsub.com, pariwiki.me, pinoytambayan.co.uk, pinoytambayanlive.com, and pinoytvreplayph.com use the supporting domain names comhome.xyz, shahmeer1.ga, pinoyhome1.tk, irfansb.ml, leli.online, asifshabbir.ga, and fullreplayepisodes.net, respectively, to frame advertisements on the Subject Domain Names, which is believed to be done to avoid violating the terms and services agreement of their advertising companies for infringing Plaintiffs' and others' trademarks and copyrights. Such framing is illustrated and the relevant portions of the html source code of each afore-mentioned domain is also highlighted in Exhibit 3 to the Daley Decl. *See* Daley Decl. ¶ 5 n. 4.

thepinoy1tv.net, respectively, and "minhphung.ads@gmail.com" for Defendant Number 8, pinoyako.su. *See* Daley Decl. ¶ 7. [4]

Plaintiffs' representative, Elisha J. Lawrence, reviewed the websites operating under the Subject Domain Names and/or detailed captures of the web pages thereof, and determined that the distribution services offered by Defendants were not genuine or authorized distribution services of Plaintiffs' Copyrighted Works.  *See* Lawrence Decl. ¶¶ 12-15. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the of the ABS-CBN Marks and/or perform or distribute the Copyrighted Works. *See* Lawrence Decl. ¶¶ 12-15.

On February 23, 2018, Plaintiff filed its Complaint (ECF No. 1) against Defendants for federal trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. On May 24, 2018, Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (ECF No. 15). On July 3, 2018, the Court issued an Order Granting Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order Without Notice and Order Restraining Transfer of Assets (the "TRO") and temporarily restrained Defendants from infringing the TOMS Marks at issue (ECF No. 20). Pursuant to the Court's Pursuant to the Court's TRO, Plaintiffs provided the Defendants with notice of the Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets and copies of the Court's July 3, 2018 TRO and the Court's July 3, 2018 Order Setting

---

[4] Additionally, included on Schedule "B" are Defendants' associated e-mail addresses, as identified in the WHOIS records, as well as any associated PayPal accounts or e-mail addresses provided by CloudFlare.

Hearing on Motion for Preliminary Injunction on July 5, 2018 via electronic mail and via publication (*see* ECF Nos. 27, 28, 29).

## II.    LEGAL STANDARD

To obtain a preliminary injunction, a party must demonstrate (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest in order to obtain injunctive relief. *Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr, S.A.*, 320 F.3d 1205, 1210 (11th Cir. 2003); *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1306 (11th Cir. 1998).

## III.    ANALYSIS

Plaintiffs have produced evidence that demonstrates there is probable cause that consumers are likely to be confused by Defendants' advertisement, promotion, distribution and public performance of the Copyrighted Works using counterfeits, reproductions, and/or colorable imitations of the ABS-CBN Marks, and that the services Defendants are offering and promoting are unauthorized distribution services using the ABS-CBN Marks. Because of the infringement of the ABS-CBN Marks and Copyrighted Works, Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted for the following reasons: (a) Defendants own or control Internet website operating under the Subject Domain Names which serve as content distribution services which advertise, promote, offer for distribution, and publicly perform Plaintiffs' Copyrighted Works using counterfeit and infringing trademarks in violation of Plaintiffs' rights; (b) there is good cause to believe that more distribution services of copyrighted content under counterfeit and infringing versions of Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, or disappointed by the quality of

6

these services; Plaintiffs may suffer loss of sales for their genuine services and an unnatural erosion of the legitimate marketplace in which they operate; and (c) the balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiffs, their reputations, and their goodwill as creators and distributors of quality entertainment content, if such relief is not issued; and (d) the public interest favors issuance of the preliminary injunction to protect Plaintiffs' intellectual property interests and protect the public from being defrauded by the palming off of counterfeit services as genuine services of Plaintiffs. Under 15 U.S.C. § 1117(a) and 17 U.S.C. § 504(a)(b), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants distribution of pirated versions of Plaintiffs' Copyrighted Works under counterfeits and infringements of the ABS-CBN Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")). Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)). In light of the inherently deceptive nature of the online piracy business, and Defendants' apparent violation of the federal trademark and copyright laws, there is good reason to believe Defendants will hide or transfer assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.    CONCLUSION

Accordingly, it is RECOMMENDED that Plaintiffs, ABS-CBN Corporation's, ABS-CBN Film Productions, Inc.'s, and ABS-CBN International's Motion for Preliminary Injunction (ECF No. 15) be GRANTED and a Preliminary Injunction be entered as follows:

1.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined, until further Order of this Court:

      a. advertising, promoting, copying, broadcasting, publicly performing, and/or distributing any of the Plaintiffs' content or copyrighted works; and

      b. advertising, promoting, offering, distributing, using, and/or causing to be advertised, promoted, offered and/or distributed, any services using the ABS-CBN Marks, or any confusingly similar trademarks, other than those actually offered or distributed by Plaintiffs; and

      c. secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any evidence relating to the promotion, advertisement, and/or distribution of services or copyrighted content under the ABS-CBN Marks, or any confusingly similar trademarks or public performances or distributions of Plaintiffs' Copyrighted Works.

2.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the ABS-CBN Marks or any confusingly similar trademarks, on or in connection with all Internet websites, social media profiles, domain names, or businesses owned and operated, or controlled by them, including but not limited to the Internet websites operating under the Subject Domain Names;

3.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the ABS-CBN Marks, or any confusingly similar trademarks within domain name extensions, metatags or

other markers within website source code, from use on any webpage (including the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to websites registered, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

4.    Defendants shall not transfer ownership of the Internet websites under their Subject Domain Names during the pendency of this Action, or until further Order of the Court;

5.    Each Defendant shall preserve, and continue to preserve, copies of all computer files relating to the use of any of the Internet websites under their Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Internet websites under their Subject Domain Names that may have been deleted before the entry of this Order;

6.    The domain name Registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

7.    Upon Plaintiffs' request, the privacy protection service for any Subject Domain Name for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiffs the true identities and contact information of those Registrants;

8.    The domain name Registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the Registrar of record for the Subject Domain Names to a holding account with a registrar of Plaintiffs' choosing (the "New Registrar"), excepting any such domain names which such Registrars have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. To the extent the Registrars do not assist in

changing the Registrars of record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) Registries, for the Subject Domain Names, or their administrators, including backend registry operators or administrators, within five (5) business days of receipt of this Order, shall change, or assist in changing, the Registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such Registries have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. Upon the change of the Registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/BG4NJS0/index.html whereon copies of the Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants;

9.     Upon receipt of notice of this Order, Defendants and the advertising services, networks and/or platforms identified on Schedule B hereto (the "Advertising Services"), and all financial institutions, payment processors, banks, escrow services, and/or money transmitters,

including but not limited to PayPal, Inc. ("PayPal"),[5] and their related companies and affiliates, shall immediately, to the extent not already done, identify and restrain all funds, as opposed to ongoing account activity, in the advertising or PayPal accounts related to Defendants, and their associated payment accounts and e-mail addresses, as identified on Schedule B hereto, as well as all funds in or which are transmitted into (i) any other accounts of the same customer(s); (ii) any other accounts which transfer funds into the same financial institution/advertising account(s), and/or any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Subject Domain Names identified on Schedule B hereto;

10.    Defendants and the Advertising Services as identified on Schedule B hereto, and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal, shall also immediately, to the extent not already done, divert to a holding account for the trust of the Court all funds in all associated payment, PayPal, or advertising accounts related to Defendants and the associated e-mail addresses and Subject Domain Names identified on Schedule B hereto, and any other accounts of the same customer(s) as well as any other accounts which transfer funds into the same advertising/financial institution account(s) as any of the other advertising accounts or PayPal accounts subject to this Order;

11.    Defendants and all advertising services, financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal and the Advertising Services identified on Schedule B hereto, shall further, to the extent not already done, provide Plaintiffs' counsel with all data that details (i) an accounting of the total

---

[5] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Daley Decl. ¶ 8 and Exhibit 4 thereto.

funds restrained and identifies the financial/advertising account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial/advertising account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by the advertising services/financial institutions for any purpose (other than pursuant to a chargeback made pursuant to the advertising services' or financial institutions' security interest in the funds) without the express authorization of this Court;

12.     This Order shall apply to the Subject Domain Names, associated websites, and any other domain names, websites, and/or advertising, PayPal, or payment accounts which are being used by Defendants for the purpose of infringing the ABS-CBN Marks or Copyrighted Works at issue in this action and/or unfairly competing with Plaintiffs;

13.     Any Defendant, advertising account holder, or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out herein;

14.     As a matter of law, the Order shall no longer apply to any Defendant or associated Subject Domain Name dismissed from this action or as to which Plaintiffs have withdrawn their request for a Preliminary Injunction;

15.     Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Fed. R. Civ. P. 65(c), Plaintiffs shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

16.    Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the advertising services or financial institutions, including but not limited to the Advertising Services identified on Schedule B and PayPal, Inc., shall, to the extent not already done, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail address known to be associated with Defendants' respective Seller IDs.

17.    This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable K. Michael Moore, United States Chief District Judge. Failure to file objections shall bar parties from a de novo determination by the Chief District Judge of an issue covered in the Report and shall bar from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 12th day of July, 2018

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Subject Domain Name |
|---|---|
| 1 | angprobinsyano1.com |
| 1 | pinoytambayanlive.com |
| 1 | jhurlo.net |
| 2 | filpinochannel.com |
| 3 | kshowengsub.com |
| 4 | lambingantv.net |
| 5 | magtvnatambayan.com |
| 6 | pariwiki.me |
| 7 | pinoy.live |
| 8 | pinoyako.su |
| 9 | pinoybay.se |
| 10 | pinoy-channel.net |
| 11 | pinoy-channel.org |
| 12 | pinoychannelakos.com |
| 12 | pinoychanneltv.su |
| 13 | pinoychannelhd.org |
| 14 | pinoychannelreplay.com |
| 15 | pinoymoviepedia.su |
| 15 | pinoymoviepedia.co |
| 16 | pinoytambayan.co.uk |
| 17 | pinoytambayanhd.su |
| 18 | pinoyteleseryetambayan.com |
| 19 | pinoytva.su |
| 19 | pinoyofw.su |
| 19 | pinoybay.su |
| 20 | pinoytvhdreplay.me |
| 20 | pinoytvshowsonline.com |
| 21 | pinoytvreplayph.com |
| 22 | pinoytvs.com |
| 23 | pinoytvshows.me |
| 24 | pinoytvshows.mobi |
| 25 | tagalogshows.com |
| 26 | teleseryeph.com |
| 27 | yonipzone.online |
| 28 | pinoytambayanreplay.me |
| 28 | pinoytv.ae |
| 28 | pinoytv4u.com |
| 28 | thepinoychannel.me |

| Def. No. | Subject Domain Name |
|---|---|
| 28 | pinoytambayanhd.me |
| 28 | pinoytambayanteleserye.net |
| 29 | pinoytvofw.com |
| 29 | thepinoy1tv.net |
| 29 | thepinoyflix.com |
| 29 | pinoychannelgma.com |
| 29 | pinoytvvideo.com |
| 29 | ika6nautos.com |
| 29 | pinoytambayanlambingan.com |
| 29 | pinoytvofw.net |
| 29 | pinoy1tvs.com |
| 29 | thepinoyflix.net |
| 30 | bilisdrama.com |
| 31 | lambingan.ae |
| 31 | pinoylambingan.su |
| 32 | pinoychannels.su |
| 32 | pinoychannelhd.su |
| 33 | pinoytambayantvs.com |

**SCHEDULE B**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT**
**INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES/PAYPAL ACCOUNTS**

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 1 | angprobinsyano1.com (frames comhome.xyz) | Google DoubleClick Google LLC | div-gpt-ad-1519886618392-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 1 | jhurlo.net (frames shahmeer1.ga) | Google DoubleClick Google LLC | div-gpt-ad-1524291924009-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 1 | pinoytambayanlive.com (frames asifshabbir.ga) | Google DoubleClick Google LLC | div-gpt-ad-1524228537023-0 | fiazrasool05@gmail.com waseykhan86@gmail.com |
| 2 | filpinochannel.com | N/A | N/A | tajumalhussain@gmail.com playserialsonline@gmail.com |
| 3 | kshowengsub.com (frames pinoyhome1.tk) | Google AdSense, Google LLC | div-gpt-ad-1522002949960-0 | dolceamorehd@gmail.com rizwan_manzoor007@yahoo.com |
| 4 | lambingantv.net | Google AdSense, Google LLC | ca-pub-5682522598930729 | qaisranipb@gmail.com |
| 5 | magtvnatambayan.com | Google AdSense, Google LLC | ca-pub-7047769716667526 | jepoyccr@gmail.com |
| 6 | pariwiki.me (frames irfansb.ml) | Google DoubleClick Google LLC | div-gpt-ad-1512487411474-0 | media3k.com@gmail.com |
| 7 | pinoy.live | N/A | N/A | rizwan_manzoor007@yahoo.com rizwan6464876@gmail.com |
| 8 | pinoyako.su | Taboola Taboola, Inc. | canhan | pinoyako.su@gmail.com minhphung.ads@gmail.com tambayandottv@gmail.com |
| 8 | pinoyako.su | Google AdSense, Google LLC | ca-pub-3051364682657902 | pinoyako.su@gmail.com minhphung.ads@gmail.com tambayandottv@gmail.com |
| 9 | pinoybay.se | N/A | N/A | admin@pinoybay.se |
| 10 | pinoy-channel.net | N/A | N/A | usaking73@gmail.com dramasmax@gmail.com |
| 11 | pinoy-channel.org | N/A | N/A | pulssor@gmail.com tajumalhussain@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 12 | pinoychannelakos.com | Google AdSense, Google LLC | ca-pub-2298926256267506 | kathleengil224@gmail.com sakhani007@gmail.com |
| 12 | pinoychannelakos.com | Taboola Taboola, Inc. | pinoychannelsa | kathleengil224@gmail.com sakhani007@gmail.com |
| 12 | pinoychanneltv.su | Taboola Taboola, Inc. | pinoychannelsa | koreamitti@gmail.com |
| 13 | pinoychannelhd.org | Google AdSense, Google LLC | ca-pub-5596466939348794 | pinoychannelhd01@gmail.com i2@pinoychannelhd.org info@pinoychannelhd.org itwebs92@gmail.com |
| 14 | pinoychannelreplay.com | N/A | N/A | fredrickaimee8@gmail.com |
| 15 | pinoymoviepedia.co | popads.net, Tomksoft S.A. | pinoymoviepedia.co | N/A |
| 15 | pinoymoviepedia.co | AdsKeeper Hardware Solution Limited | pinoymoviepedia.co. 230790 | N/A |
| 15 | pinoymoviepedia.su | N/A | N/A | pinoytvpedia@gmail.com geory.alderete03@gmail.com |
| 16 | pinoytambayan.co.uk (frames leli.online) | Google AdSense, Google LLC | ca-pub-8448890421318552 | sunnymughal4@gmail.com |
| 17 | pinoytambayanhd.su | AdsKeeper Hardware Solution Limited | pinoytambayanhd.su .196261 | pinoymitti@gmail.com |
| 17 | pinoytambayanhd.su | Google AdSense, Google LLC | ca-pub-5577941333452405 | pinoymitti@gmail.com |
| 18 | pinoyteleseryetambayan.com | Google AdSense, Google LLC | ca-pub-8363670849262616 | cimstravel@yahoo.com |
| 19 | pinoybay.su | N/A | N/A | vhungcc.kd@gmail.com |
| 19 | pinoyofw.su | Google AdSense, Google LLC | ca-pub-2519472165496145 | vhungcc.kd@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 19 | pinoytva.su | mgid.com, MGID Inc. MGID UA | pinoytva.su.208082 | aldrinegathercole.ag@gmail.com jenny_ysl@yahoo.com mjcalip161993@yahoo.com nipsjbc17@gmail.com pamancherry@gmail.com pasiafanene1@hotmail.com regina_biglete@yahoo.com umie0620@i.softbank.jp vhungcc.kd@gmail.com vhungcc1@gmail.com vuonghuy2910@gmail.com zeejhayzantiago@yahoo.con |
| 20 | pinoytvhdreplay.me | N/A | N/A | zaibi@outlook.com |
| 21 | pinoytvreplayph.com (frames fullreplayepisodes.net) | Google DoubleClick Google LLC | div-gpt-ad-1523694451701-0 | herpalherpal@gmail.com dramasmax@gmail.com pinoytvreplayph.comtns@gmail.com pinoytvreplayph.nettns@gmail.com |
| 22 | pinoytvs.com | N/A | N/A | rehmatkhan786123@gmail.com waseykhan86@gmail.com |
| 23 | pinoytvshows.me | mgid.com, MGID Inc. MGID UA | pinoytvshows.me.130763 | ramzannawaz13@gmail.com contact.pinoytvshows@gmail.com zemtoday4@gmail.com |
| 23 | pinoytvshows.me | Google AdSense, Google LLC | ca-pub-8030535002616458 | ramzannawaz13@gmail.com contact.pinoytvshows@gmail.com zemtoday4@gmail.com |
| 24 | pinoytvshows.mobi | Taboola Taboola, Inc. | pinoychannelsa | multantotaunsa@gmail.com kathleengil224@gmail.com |
| 25 | tagalogshows.com | Google AdSense, Google LLC | ca-pub-9431595196029395 | contact.desitashan@gmail.com seanpenn2212@yahoo.com |
| 26 | teleseryeph.com | N/A | N/A | jepoyccr@gmail.com |
| 27 | yonipzone.online | Google AdSense, Google LLC | ca-pub-4797266658649202 | rhayedelante@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 27 | yonipzone.online | mgid.com, MGID Inc. MGID UA | yonipzone.co.55555 | rhayedelante@gmail.com |
| 27 | yonipzone.online | AdsKeeper Hardware Solution Limited | yonipzone.rocks.189572 | rhayedelante@gmail.com |
| 28 | pinoytambayanhd.me | N/A | N/A | apnapakforum@gmail.com josephmcewan2014@gmail.com pinoytambayanhd@outlook.com |
| 28 | pinoytambayanreplay.me | N/A | N/A | apnapakforum@gmail.com cloudflare@pinoytambayanreplay.me |
| 28 | pinoytv.ae | N/A | N/A | apnapakforum@gmail.com paktvsite@gmail.com atturrehman2200@gmail.com koreamitti@gmail.com |
| 28 | pinoytv4u.com | N/A | N/A | apnapakforum@gmail.com cloudflare@pinoytv4u.com |
| 28 | thepinoychannel.me | N/A | N/A | apnapakforum@gmail.com usmanbalochch@gmail.com |
| 29 | ika6nautos.com | N/A | N/A | dbjeet@gmail.com cloudflare@ika6nautos.com |
| 29 | pinoychannelgma.com | Google AdSense, Google LLC | ca-pub-1170649695620194 | dbjeet@gmail.com cloudflare@pinoychannelgma.com |
| 29 | pinoytambayanlambingan.com | Google AdSense, Google LLC | ca-pub-2154317906897324 | dbjeet@gmail.com ameenkhantaunsvi@gmail.com |
| 29 | pinoytambayanlambingan.com | Taboola Taboola, Inc. | pinoytvnetwork | dbjeet@gmail.com ameenkhantaunsvi@gmail.com |
| 29 | pinoytvofw.com | Google AdSense, Google LLC | ca-pub-1170649695620194 | dbjeet@gmail.com pinoytveu@outlook.com |
| 29 | pinoytvofw.net | Google AdSense, Google LLC | ca-pub-1170649695620194 | dbjeet@gmail.com |

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Addresses or PayPal Accounts |
|---|---|---|---|---|
| 29 | pinoytvvideo.com | Google AdSense, Google LLC | ca-pub-3724261705287318 | dbjeet@gmail.com cloudflare@pinoytvvideo.com |
| 29 | thepinoy1tv.net | N/A | N/A | dbjeet@gmail.com paktvsite@gmail.com atturrehman2200@gmail.com |
| 29 | thepinoyflix.com | N/A | N/A | dbjeet@gmail.com cloudflare@thepinoyflix.com |
| 29 | pinoy1tvs.com | N/A | N/A | N/A |
| 30 | bilisdrama.com | Google AdSense, Google LLC | ca-pub-8516791451477759 | bilisdrama@mailinator.com vzani2014@gmail.com |
| 31 | lambingan.ae | N/A | N/A | javirock906@gmail.com mirfanpakhan1122@gmail.com |
| 31 | pinoylambingan.su | Google AdSense, Google LLC | ca-pub-9390143748178411 | javirock906@gmail.com brixtvofficial@gmail.com |
| 31 | pinoylambingan.su | Taboola Taboola, Inc. | rock-pinoylambingan | javirock906@gmail.com brixtvofficial@gmail.com |
| 31 | pinoylambingan.su | mgid.com, MGID Inc. MGID UA | pinoylambingan.su.199606 | javirock906@gmail.com brixtvofficial@gmail.com |
| 32 | pinoychannelhd.su | N/A | N/A | koreamitti@gmail.com kathleengil224@gmail.com |
| 32 | pinoychannels.su | Taboola Taboola, Inc. | pinoychannelsa | koreamitti@gmail.com |
| 32 | pinoychannels.su | Google AdSense, Google LLC | ca-pub-5577941333452405 | koreamitti@gmail.com |
| 33 | pinoytambayantvs.com | N/A | N/A | jamilchohan03@gmail.com |